UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN M. LARRABEE<br><br>Plaintiff,<br><br>v.<br><br>KENNETH J. BRAITHWAITE,<br>*in his official capacity as Secretary of the Navy*,<br><br>and<br><br>UNITED STATES,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 19-654 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

November 20th 2020 [Dkts. #22, #24]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's Motion for Judgment on the Pleadings [Dkt. #22] is GRANTED; it is further

ORDERED that defendants' Motion for Judgment on the Pleadings [Dkt. #24] is DENIED.

Plaintiff's court-martial conviction is unconstitutional and therefore null and void. Defendants shall set aside and expunge all record of the conviction and restore all rights, privileges, and property of which plaintiff has been deprived as a result of the conviction.

SO ORDERED.

*[signature]*
RICHARD J. LEON
United States District Judge